IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALMA CASAREZ,

        Plaintiff,

vs.                                        Case No. 2:21-cv-00813-KG-GJF

NEW MEXICO JUNIOR COLLEGE, in
Hobbs, New Mexico,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

THIS MATTER comes before the Court on the Unopposed Motion for Leave to Amend Complaint. The Court being advised in the premises, noting that good cause exists and that the motion is unopposed, finds that the motion is well taken.

IT IS HEREBY ORDERED that the Plaintiff is granted leave to file an amended complaint.

*[signature]*
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

ALMANZAR & YOUNGERS, PA

/s/   Joleen K. Youngers
_____

Joleen K. Youngers
505 Cerrillos Road, Suite A104
Santa Fe, NM 87501
t: 505.820.0108
jyoungers@ay-law.com

and

THE KENNEDY LAW FIRM, PC

/s/     Shannon L. Kennedy
_____

Shannon L. Kennedy
1000 2nd Street NW
Albuquerque, NM 87102
t: 505.244-1400
slk@civilrightslaw.com

*Attorneys for Plaintiff*

Approved by:

_approved via email 01/20/22_____
Danny W. Jarrett
Jackson Lewis, PC
800 Lomas Blvd NW, Suite 200
Albuquerque, NM 87102
t: 505.875.6563
danny.jarrett@jacksonlewis.com

Claire L. Cook
Jackson Lewis, PC
500 North Akard, Suite 2500
Dallas, TX 75201
t: 214.520.2400
claire.cook@jacksonlewis.com

*Attorneys for Defendant*