IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALMA CASAREZ,

    Plaintiff,

v.                                                               NO. 2:21-CV-00813-KG-GJF

NEW MEXICO JUNIOR COLLEGE, in
Hobbs, New Mexico,

    Defendant.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Joint Motion to Dismiss with Prejudice. Having considered the Motion, noting the parties' agreement therein, and being otherwise fully advised in the premises, the Court find the Motion is well taken and GRANTS it.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff against Defendant in this matter are hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

JACKSON LEWIS P.C.

By: */s/Danny W. Jarrett*
    Danny W. Jarrett
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
Danny.Jarrett@jacksonlewis.com
(505) 878-0515

Claire L. Cook
New Mexico Bar No. 146291
500 North Akard, Suite 2500
Dallas, Texas 75201
Claire.Cook@jacksonlewis.com
(214) 520-2400
*ATTORNEYS FOR DEFENDANT*


APPROVED BY:

ALMANZAR & YOUNGERS, P.A.


By:*/s/Joleen K. Youngers*
    Joleen K. Youngers
505 Cerrillos Road, Suite 104A
Santa Fe, NM  87501
jyoungers@ay-law.com
*ATTORNEY FOR PLAINTIFF*